**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROSALINA CUELLAR DE OSORIO; ELIZABETH MAGPANTAY; EVELYN Y. SANTOS; MARIA ELOISA LIWAG; NORMA UY; RUTH UY, *Plaintiffs-Appellants*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Director of the United States Citizenship and Immigration Services; JANET A. NAPOLITANO, Secretary of the Department of Homeland Security; HILLARY RODHAM CLINTON, Secretary of State, *Defendants-Appellees*. | No. 09-56786 <br><br> D.C. No. 5:08-cv-00840-JVS-SH |
| TERESITA COSTELO and LORENZO P. ONG, Individually and on Behalf of All Others Similarly Situated, *Plaintiffs-Appellants*, <br><br> v. <br><br> JANET A. NAPOLITANO, Secretary of the Department of Homeland Security; UNITED STATES CITIZENSHIP AND IMMGRATION | No. 09-56846 <br><br> D.C. No. 8:08-cv-00688-JVS-SH <br><br> ORDER |

SERVICES; ALEJANDRO MAYORKAS,
Director of the United States
Citizenship and Immigration
Services; LYNNE SKEIRIK, Director
of the National Visa Center;
CHRISTINA POULOS, Acting Director,
California Service Center, United
States Citizenship and Immigration
Services; HILLARY RODHAM
CLINTON, Secretary of State,
*Defendants-Appellees*.

On Remand From The United States Supreme Court

Filed October 2, 2014

Before: Alex Kozinski, Chief Judge, Harry Pregerson, M. Margaret McKeown, Kim McLane Wardlaw, William A. Fletcher, Raymond C. Fisher, Ronald M. Gould, Richard A. Paez, Johnnie B. Rawlinson, Milan D. Smith, Jr., and Mary H. Murguia, Circuit Judges.

**ORDER**

In accordance with the Supreme Court's opinion of June 9, 2014, in *Scialabba v. Cuellar de Osorio*, 134 S. Ct. 2191 (2014), as well as the resulting judgment, the judgment of the United States District Court for the Central District of California is **AFFIRMED**.

This order serves as the mandate of the Court.